**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**TYLER DIVISION**

| | |
|---|---|
| Global Ground Automation, Inc., ) | |
| ) | Civil Action No. 6:08-CV-374 |
| Plaintiff, ) | |
| ) | Judge Davis |
| v. ) | Judge Love |
| ) | |
| GroundRez, LLC, ) | |
| ) | |
| Defendant. ) | |

## UNOPPOSED MOTION FOR LEAVE TO WITHDRAW AS COUNSEL FOR GROUNDREZ

The undersigned counsel, J. Thad Heartfield of The Heartfield Law Firm and Fay E. Morisseau and Michael S. Nadel of McDermott Will & Emery LLP, respectfully move this Court for leave to withdraw as counsel for Defendant GroundRez, LLC ("GroundRez"). GroundRez does not oppose this motion. Plaintiff Global Ground Automation, Inc. also does not this motion, provided that it does not affect the schedule.

Respectfully submitted,

/s/ J. Thad Heartfield
J. Thad Heartfield (Texas Bar No. 09346800)
THE HEARTFIELD LAW FIRM
2195 Dowlen Road
Beaumont, Texas  77706
Phone:  409.866.3318
Fax:  409.866.5789

Fay E. Morisseau
Michael S. Nadel
McDERMOTT WILL & EMERY LLP
1000 Louisiana, Suite 3900
Houston, Texas  77002
Phone: 713.653.1700
Fax:  202.756.8087

## **CERTIFICATE OF SERVICE**

 I hereby certify that on July 13, 2009, a true and correct copy of the foregoing was filed electronically in compliance with Local Rule CV-5(a).  As such, this document was served on all counsel who have consented to electronic service.

            <u>/s/ J. Thad Heartfield</u>
            J. Thad Heartfield