**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**TYLER DIVISION**

| | |
|---|---|
| Global Ground Automation, Inc., ) | |
| ) | Civil Action No. 6:08-CV-374 |
| Plaintiff, ) | |
| ) | Judge Davis |
| v. ) | Judge Love |
| ) | |
| GroundRez, LLC, ) | |
| ) | |
| Defendant. ) | |

## ORDER GRANTING UNOPPOSED MOTION FOR LEAVE TO WITHDRAW AS COUNSEL FOR GROUNDREZ

The Court, having considered the unopposed motion by J. Thad Heartfield, Fay E. Morisseau, and Michael S. Nadel to withdraw as counsel for Defendant GroundRez, LLC, for and finding good cause supporting same, hereby GRANTS said Motion.

IT IS THEREFORE ORDERED that J. Thad Heartfield of The Heartfield Law Firm and Fay E. Morisseau and Michael S. Nadel of the law firm of McDermott Will & Emery LLP are allowed to withdraw as counsel for GroundRez LLC.