IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| **GLOBAL GROUND AUTOMATION INC.,** | § § § § | |
| Plaintiff, | § § | Civil Action No. 6:08-cv-374-LED-JDL |
| v. | § § | |
| **GROUNDREZ, LLC,** | § § | |
| Defendant. | § | |

### ORDER ADOPTING REPORT AND RECOMMENDATION
### OF UNITED STATES MAGISTRATE JUDGE

The above entitled and numbered civil action was referred to United States Magistrate Judge John D. Love pursuant to 28 U.S.C. § 636. The Report and Recommendation of the Magistrate Judge (Doc. No. 58), dismisses this case for failure to prosecute and failure to comply with the Orders of this Court under Federal Rule 41(b). No objections have been filed. Having carefully considered the history of this litigation, the Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct. Therefore, the Court adopts the Report and Recommendation of the United States Magistrate Judge as the findings of this Court.

**So ORDERED and SIGNED this 9th day of August, 2010.**



_____
**LEONARD DAVIS
UNITED STATES DISTRICT JUDGE**