# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
### TYLER DIVISION

| | | |
|---|---|---|
| **GLOBAL GROUND AUTOMATION INC.,** | § § § | |
| **Plaintiff,** | § § | |
| **v.** | § § | **Civil Action No. 6:08-cv-374-LED-JDL** |
| **GROUNDREZ, LLC,** | § § | |
| **Defendant.** | § | |

## <u>FINAL JUDGMENT</u>

Pursuant to the Order dismissing the claims of all parties (Doc. No. 59), the Court hereby enters Final Judgment.

It is therefore **ORDERED, ADJUDGED and DECREED** that the parties take nothing and that all pending motions are **DENIED AS MOOT**.  All costs are to be borne by the party that incurred them.

It is further **ORDERED, ADJUDGED and DECREED** that all claims and counterclaims in the instant suit be **DISMISSED** in their entirety, with prejudice.

The Clerk of the Court is directed to close this case.

**So ORDERED and SIGNED this 10th day of August, 2010.**



_____
**LEONARD DAVIS**
**UNITED STATES DISTRICT JUDGE**

1