Honorable Leonard Davis
USDC for the Eastern District of Texas - Tyler Division
211 W. Ferguson, Third Floor
Tyler, Texas 75702

Re: Global Ground Automation Inc. v. GroundRez, LLC
(Civil Action No. 6:08-cv-374-LED-JDL)



Honorable Leonard Davis:

Please be advised GroundRez's assets were acquired by another entity soon after the Final Judgment was entered in this case (but prior to the reopening of this case). The company was subsequently wound down, culminating in the filing of the certificate of cancellation in Delaware. I enclosed a copy of the certified certificate of cancellation, which I just received, for your reference. I note that the effective filing date accorded to the cancellation certificate is Oct. 11, 2010.

I believe the pending summary judgment motion filed in this case has been rendered moot.

Respectfully submitted,

Jason Diaz
1500 Broadway – 14th Fl
New York, New York 10036

Enc. Cancellation Certificate of GroundRez, LLC

# Delaware

PAGE 1

## The First State

I, JEFFREY W. BULLOCK, SECRETARY OF STATE OF THE STATE OF DELAWARE, DO HEREBY CERTIFY THE ATTACHED IS A TRUE AND CORRECT COPY OF THE CERTIFICATE OF CANCELLATION OF "GROUNDREZ LLC", FILED IN THIS OFFICE ON THE ELEVENTH DAY OF OCTOBER, A.D. 2010, AT 9:40 O'CLOCK A.M.

4224946  8100

100983493

You may verify this certificate online
at corp.delaware.gov/authver.shtml

Jeffrey W. Bullock, Secretary of State

AUTHENTICATION: 8281197

DATE: 10-11-10

*State of Delaware*
*Secretary of State*
*Division of Corporations*
*Delivered 09:40 AM 10/11/2010*
*FILED 09:40 AM 10/11/2010*
*SRV 100983493 - 4224946 FILE*

# STATE OF DELAWARE
# CERTIFICATE OF CANCELLATION

1. The name of the limited liability company is  Groundnez LLC

2. The Certificate of Formation of the limited liability company was filed on  9/25/06

IN WITNESS WHEREOF, the undersigned has executed this Certificate of Cancellation this  8th  day of  October , A.D. 2010 .

By: _____
    Authorized Person(s)

Name:  JASON DIAZ
       Print or Type

Case 6:08-cv-00374-LED-JDL   Document 69   Filed 10/26/10   Page 4 of 4 PageID #: 563

