IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| **GLOBAL GROUND AUTOMATION INC.,** | § § § § | |
| Plaintiff, | § § | Civil Action No. 6:08-cv-374-LED-JDL |
| v. | § § | |
| **GROUNDREZ, LLC,** | § § § | |
| Defendant. | | |

## FINAL JUDGMENT

Pursuant to the Order dismissing the claims of all parties (Doc. No. 59), the Court hereby enters Final Judgment.

It is therefore **ORDERED, ADJUDGED and DECREED** that the parties take nothing and that all pending motions are **DENIED AS MOOT**. All costs are to be borne by the party that incurred them.

It is further **ORDERED, ADJUDGED and DECREED** that all claims and counterclaims in the instant suit be **DISMISSED** in their entirety, with prejudice.

The Clerk of the Court is directed to close this case.

So ORDERED and SIGNED this 10th day of August, 2010.



_____
**LEONARD DAVIS
UNITED STATES DISTRICT JUDGE**