IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| GLOBAL GROUND AUTOMATION, INC<br><br>Plaintiff,<br><br>v.<br><br>GROUNDREZ, LLC<br><br>Defendant. | §<br>§<br>§<br>§<br>§<br>§ No. 6:08-cv-374-LED-JDL<br>§<br>§<br>§<br>§ |

**ORDER ADOPTING REPORT AND
RECOMMENDATION OF MAGISTRATE JUDGE**

The above entitled and numbered civil action was referred to United States Magistrate Judge John D. Love pursuant to 28 U.S.C. § 636. The Report and Recommendation of the Magistrate Judge ("Report"), which contains his proposed findings of fact and recommendation for the disposition of such action, has been presented for consideration (Doc. No. 82). The Magistrate Judge recommends granting in part Plaintiff Global Ground Automation Inc.'s Motion for Summary Judgment (Doc. No. 68). The parties have made no objections to the Report and Recommendations. The Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct. Therefore, the Court hereby adopts the Report of the United States Magistrate Judge as the findings and conclusions of this Court.

**So ORDERED and SIGNED this 20th day of September, 2011.**

_____
**LEONARD DAVIS
UNITED STATES DISTRICT JUDGE**