# EXHIBIT B-1

# Groundrez.com
# Management team
# Website screen shot



## Expanding Ground Transportation Automation

## Management Team

### Tony Bonanno – President

Tony is a 12 year ground transportation industry veteran. He has held various senior management positions over his tenure. Prior to GroundRez, he was the president of IT Solutions Company, U.S. Division, focusing on the ground transportation space. Tony was also President of Sales and Marketing for a large global transportation company and was the founder of Global Limo Network. Prior to the ground transportation industry, Tony was a former Marketing and Operations Executive at Young & Rubicam. He also holds a degree from Bryant University and is married with three children.

### Marlo McGriff – Director of Operations

Marlo brings a unique combination of talent to the GroundRez team. In his previous management experience, he developed operating strategies and designed organizational structures, operating models and performance metrics to assist clients in optimizing their performance while achieving their goals. He also holds a degree from Princeton University.

### Shawn Nelson – CTO/Director of Technology

Shawn Nelson is an experienced 20 year software entrepreneur.  In 2005, his hard work as founder/owner of Del Mar Database (www.delmardb.com) was realized when his company was acquired by Fiserv, Inc., a fortune 500 company.  He was named "Empire Who's Who Among Executives and Professionals" in 2006 and 2007 for his work in automating the mortgage banking industry.  He also holds a degree from San Diego Christian College, summa cum laude and is married with two children.

Other key team members:

### John McMennon – Director of Sales

### Jodi Scott – Controller

### Simon Russell – Technical Lead

### About Us
### Company Overview
- Why GroundRez?
- Products
- Benefits

© 2014 GMH, LLC (GroundSpan) – All Rights Reserved.