# EXHIBIT B-2

# Tony Bonanno
# LinkedIn Profile

▾ Search for people, jobs, companies, and more... | Advanced    

Home | Profile | Connections | Jobs | Interests | Business Services | Try Premium for free

Professional Women Only - Apply Now to the National Association of Professional Women. Register Free | **Read More »**



# Tony Bonanno  3rd
President/Founder at Ground Management Holdings, LLC dba GroundSpan
Greater New York City Area | Information Technology and Services

Current    GroundSpan
Previous   Groundrez, LLC, Groundscope, Burgundy Limocenter
Education   Bryant University

Send Tony InMail ▾    **500+** connections

 Contact Info      www.linkedin.com/pub/tony-bonanno/8/555/127

## Background

 ### Summary

Experienced leader in a ignored multi billion dollar category who has industry knowledge, drive and passion to get it done and make a difference.

Specialties:- Recognizing problems and creating solutions which typically result in savings, improved control and efficiencies
- Business development/Relationship management.

There is nothing more important to a business then the clients. Sounds cliché - but we believe this to the core and everything we do has to come back to this.

 ### Experience

**President/Founder**
GroundSpan
August 2010 – Present (4 years 5 months)

GMH/GroundSpan delivers new technology solutions for corporations and vendors that maximizes their ground spend while at the same time empowering travelers/bookers to make more efficient bookings for multiple modes of ground travel (including taxi, sedan, limo, shuttle, parking). These bookings can be made through leading GDS systems, leading online travel booking tools or standalone web environments.

**President**
Groundrez, LLC
August 2007 – July 2010 (3 years)

A technology services company offering a multi mode ground transportation reservation engine for corporations and travel agencies.

**President of Sales and Marketing US Region**
Groundscope
2006 – 2007 (1 year)

A technology solutions company focused on back office reservation systems for the ground transportation providers and management/booking solutions for corporations.

**President Sales and Marketing**
Burgundy Limocenter
2003 – 2006 (3 years)

### People Also Viewed

 **Apurva P.**
Chairman & CEO

 **Stephen Power**
COO at GroundWidgets

 **Ketna Patel**
Helpdesk Manager at GT3

 **Jeremy Katoff**
Senior Technical Support Engineer at Deem Inc

 **Jeff Campbell**
facilities manager at Turnpike Properties LLC

 **Benjamin Equitan, CPA**
Consultant at Bristol Myers-Squib

 **Sunny Hobbs**
Independence, Ethics & Compliance Specialist

 **Larry Kutscher**
CEO at TRAVELCLICK

 **Andrew Casperson**
Area Managing Director

 **Claudia Cirillo**
Senior Manager, Reporting & Analysis at Deloitte

### How You're Connected

 You


People also viewed
Apurva Patel Chairman & CEO
Ken Lubin

Tony Bonanno | LinkedIn
Case 6:08-cv-00374-LED-JDL Document 98-9 Filed 12/24/14 Page 3 of 5 PageID #: 921

A global network of ground transportation providers servicing a traveler's needs in multiple cities throughout the globe. Burgundy Limocenter was the coming together of Limocenter, a US based network provider and Burgundy, a UK based network provider. The resulting entity had a broader international footprint as well as improved international booking capabilities.

### President/COO
LimoCenter
1997 – 2003 (6 years)

A national network of ground transportation providers that can be booked through a central call center. It was branded as the one stop shop for all of your ground transportation needs. On one phone call a traveler could book a trip in NYC and in LA. The business was the 1800flowers of the ground transportation industry.

### Account Supervisor - Lincoln Mercury
Young and Rubicam
1994 – 1997 (3 years)

Managed a multi million dollar marketing budget in the Tri-state area for the Lincoln Mercury Dealer Association. Responsibilities included: operations, production, project management, creative input and financial management.

## Skills

Top Skills

| | |
|---|---|
| 18 | New Business Development |
| 17 | Account Management |
| 9 | Business Travel |
| 8 | Leadership |
| 8 | Online Travel |
| 7 | Contract Negotiation |
| 7 | Management |
| 5 | Strategic Partnerships |
| 5 | Project Management |
| 3 | E-commerce |

Tony also knows about...

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 2 | B2B | 2 | Marketing Strategy | 2 Strategy | 2 Negotiation | 2 | Networking |
| 2 | Call Centers | 2 | Business Development | 2 Customer Service | 2 Start-ups | | |
| 1 | Team Building | 1 | Sales | 1 Business Planning | 1 Product Management | | |
| 1 | Salesforce.com | 1 | Sales Management | See 24+ | | | |

## Education

**Bryant University**
BA, Marketing and Management
1989 – 1993

Activities and Societies: Tau Epsilon Phi fraternity, Track and Field, Rugby, fundraising, Intramural sports, entrepreneurship club

Advanced

Business Services
Patrick Talley  Try Premium for free
12 more connections can
introduce you to someone who
knows Tony


Tony Bonanno

People Similar to Tony



Christian Rivadalla 3rd
President of ideaSolv
Connect

People also viewed
Apurva Patel Chairman &
CEO

Groups — Search for people, jobs, companies, and more... — Advanced

Home | Profile | Connections | Jobs | Interests — Business Services — Try Premium for free


**Global Business Travel Association (GBTA)**
16,035 members
Join


**Ground Transportation & Limousine Marketing**
1,793 members
Join


**Ground Transportation Professionals**
1,525 members
Join


**Corporate Online Booking and Automated Transaction Solutions**
1,737 members
Join


**Association of Corporate Travel Executives (ACTE)**
18,857 members
Join


**TheBeat.travel ~ a travel business community**
7,825 members
Join


**Online Travel Technology**
31,550 members
Join

Following

## Influencers


**Chris Fralic**
Partner at First...
Follow

## Companies


**Oracle**
Information Technology and Services
Follow


**Sanofi**
Pharmaceuticals
Follow


**BCD Travel**
Leisure, Travel & Tourism
Follow

**Merck**
Pharmaceuticals
Follow


**Southern Wine & Spirits**
Wine and Spirits
Follow

## Schools


**Bryant University**
Providence, Rhode Island Area
Follow

People also viewed
Apurva Patel, Chairman & CEO

Help Center | About | Careers | Advertising | Talent Solutions | Sales Solutions | Small Business | Mobile | Language | Upgrade Your Account
LinkedIn Corporation © 2014 | User Agreement | Privacy Policy | Community Guidelines | Cookie Policy | Copyright Policy | Send Feedback

≡ ▼   Search for people, jobs, companies, and more...          Advanced          ✉²⁶   ⚑   +👤   ▓

Home    Profile    Connections    Jobs    Interests                                Business Services    Try Premium for free

People also viewed
**Apurva Patel** Chairman & CEO    >